U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 31 2017

TONY R. MOORE, CLERK
BY _____
       DEPUTY

OTC

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

DAVID LOUIS WHITEHEAD,

        PLAINTIFF,

1:17-cv-0225

V.

        CASE No. _____

NETFLIX, ET AL.,

JOHN DOES 1 THROUGH 5,

        DEFENDANTS.

MOTION FOR LEAVE TO FILE ANTI-TRUST AND FRAUD CASE AGAINST DEFENDANTS.

PLAINTIFF is required by court order to request consent and/or leave for the court to file a lawsuit.

In short, a licensed and practicing attorney submitted a 30 film proposal to the defendants for review for production involving afro American related films with black directors. After soliciting the proposal, defendants tied to the Weinstein family immediatedly declined the submission. (See attachment).

The United States Federal Trade Commission basically issued a right to sue letter dated January 18, 2017, two days before the new Administration was sworn in to office. (See attached letter from FTC)

Plaintiff requests that the court allow a practicing attorney to file his case with leave of the court.

Respectfully,

David L. Whitehead

1906 Scott St.

Bossier, Louisiana 71111