

United States of America
FEDERAL TRADE COMMISSION
Washington, D.C. 20580

Consumer Response Center

January 18, 2017

David Louis Whitehead
1906 Scott St.
Bossier, LA 71111

FTC Ref. No. 14015921

Dear Mr. Whitehead:

Thank you for contacting the Federal Trade Commission (FTC) regarding alleged antitrust violations of Netflix.

The FTC has been directed by Congress to act in the interest of all consumers to prevent fraudulent, deceptive, and unfair business practices in the marketplace. Contacts from consumers and businesses are very important to our work as they are often the first indication of a problem in the marketplace, and may provide the initial evidence to begin an investigation.

While the FTC is not able to intervene in individual disputes, the information you have provided has been recorded in our secure online database which is used by thousands of civil and criminal law enforcement authorities worldwide. This database enables law enforcement agencies to identify questionable business practices that may lead to investigations and prosecutions. In addition, our attorneys and investigators regularly review the complaint database to look for law enforcement targets, evaluate the need for consumer education, and make policy recommendations. Your letter has been added to our database for that purpose.

As a consumer, you have additional alternatives for corrective action. This includes directly contacting legal assistance.

Thank you for providing information that may be used to develop or support the FTC's enforcement initiatives. You can find free educational materials on a variety of consumer topics, press releases, and other important information on our website at www.ftc.gov.

Sincerely,

Consumer Response Center

**FEDERAL TRADE COMMISSION**
Mail Drop 9R32
WASHINGTON, D.C. 20580
OFFICIAL BUSINESS



B67921.17
$0.47
US POSTAGE
FIRST-CLASS
062S0008736422
20580

Mail - Outlook Team - Outlook                                                                 Page 1 of 1

## Outlook Mail

Search Mail and People

Folders
- Inbox          946
- Junk Email      84
- Drafts         747
- Sent Items       1
- Deleted Items    3
- Archive
- vid

Categories
- Shipping updates

○ New |    Reply |    Delete    Archive    Junk |    Sweep

### Attorney Alan Pesnell's 30 film project proposal to Netflix for David Louis Whitehead [One of the biggest Hollywood Proposals--Rejected]

**DW** David Whitehead                                                        Reply |
Today, 10:08 AM
You; David Whitehead (daouddavidlouis@yahoo.com)

You forwarded this message on 11/22/2016 10:20 AM

Attorney Pesnell's 30 film project proposal to Netflix relating to his client David Whitehead was one of the biggest Hollywood Proposals which was rejected violating US Anti-Trust laws pertaining to a minority citizen of the United States.

Hopefully, the Trump Doctrine will be to make money and not block legitimate Money-Making Operations in the country!

(c) 2016 dlw

See offers >
View Disclaimer

## THE PESNELL LAW FIRM
(A PROFESSIONAL LAW CORPORATION)

BILLY R. PESNELL
J. WHITNEY PESNELL.*
W. ALAN PESNELL

*ALSO ADMITTED TO PRACTICE IN TEXAS
AND THE DISTRICT OF COLUMBIA

H.C. Beck Building, Suite 1100
400 Travis Street
Shreveport, Louisiana 71101

MAILING ADDRESS
POST OFFICE BOX 1794
SHREVEPORT, LOUISIANA 71166-1794
TELEPHONE: (318) 226-5577
TELECOPY: (318)226-5578
EMAIL:
ALAN@PESNELLLAWFIRM.COM

November 18, 2016

Mr. Ted Sarandos, Chief Content Officer
Netflix
100 Winchester Circle
Los Gatos, CA 95032
tsarandos@netflix.com
asst_originalcontent@netflix.com

Re:   David Whitehead; Various Film Projects.

Dear Mr. Sarandos:

    I represent David Whitehead in regard to certain film and theatrical projects he is working on and contemplating for the near future. My understanding is that David has been in contact with your assistant, Alexis, concerning submission of his projects for production.

    On behalf of Mr. Whitehead, I am submitting to your office a listing and brief synopsis of a major proposal for a multi-film deal, involving my client David Whitehead, screenwriter, Executive Producer, Playwright, Theatrical Director, and Actor. An example of one of the projects on the submission is a project adapted from musical play "My Aretha: the life of Aretha Franklin and Rev. C. L. Franklin" (referred to herein as "Aretha"). That play met with critical success in the Washington Times in 2002. Also included in the synopsis is a project entitled "Erykah Badu in Paris with Momma Voodoo" which has received interest from others in the industry.

    Film maker Charles Burnett in 2005, sent my client an email and attachment stating that the "Aretha" project "... sounds very inviting and will make wonderful film." Moreover, in 2008, award winning film maker Woody Allen, through his agent at ICM Talent, requested a financial offer to direct "Aretha". Howard University film professor Alonzo Crawford stated, "I am writing to lend my support to this exciting musical drama film about Aretha Franklin and her contributions as a vocalist and performer to the recording industry. As the "Queen of Soul" her accomplishments span many decades and several different musical scenes. She is truly an American icon and national treasure. In addition, Ms. Franklin has used her talent to support many humanitarian causes over the course of her career…"

    Professor and Librarian O. D. Alexander, who after observing the play performance of

"Aretha" stated the following:

> "My Aretha" by David Louis Whitehead, was the most impressive activity that was brought to Southeastern University not only for student and community entertainment but also to facilitate order to the cultural contributions to the Queen of Soul. This work exhibited the life of Aretha in three stages---First in the early years, then the searching, and finally the Aretha that we all know–the musician not just the singer. Presenting such an outstanding biographical work on Aretha Franklin and her great music was probably an arduous task for the playwright. It was difficult because no only did he write an exceptional script, but he also had to audition numerous singers and actors and actresses to portray the characters used. All of the performers were dynamic musicians and the musical support ensemble were equivalent to anything group that one would see and hear on Broadway."

Adding to the excitement around "Aretha" Department of State Public Affairs officer, Romana Harper, after seeing the play's performance, stated:

> "The David Whitehead Production on the life and times of Aretha Franklin was a theatrical delight... It would have made Aretha proud...the historical context gave depth to this biographical account of Lady Soul...I really enjoyed the musical renditions of Aretha's best, and was most entertained by this incredible group of budding entertainments...Kudos!"

The Honorable Congressman John Conyers, a ranking member on the US House of Representatives Judiciary Committee and past chair, offered his statements on "Aretha," labeling my client as an extremely dedicated and talented artist. The Honorable Congressman John Lewis was also supportive of "Aretha." In addition, the projects "The Big Bad Wolf - The Mike Tyson Story" and "Michael Jackson and the Ghost of Ben", in their format as stage plays, were both mentioned in the Washington Post. The "Michael Jackson" play was critically reviewed. The Washington city newspaper declared that the play gives a dramatic take on the life of the Michael Jackson.

Simply put, there is no reason to believe that David's other projects will not meet with similar success. David's projects, being afro-centered, should obtain and hold a large piece of the market for black viewers. We believe that market is a growing and sustainable field that will also attract a substantial viewing from white viewers as well as other ethnic groups as well.

I am submitting a list of works for your review in the form of a numerical listing attached to this letter. David has listed his view of the best directors and artists where listed, in his view of the project's completion. Once you have had a chance to peruse this listing, we would appreciate an opportunity to discuss with you a potential association for production of these projects under the Netflix umbrella. Upon request, a manuscript or written representation can be provided for any of the projects. All listed are the property of David Whitehead and are either copyrighted, registered with the Screen Writers' Guild West, or protected under trade secret and intellectual property laws of various states. The projects are listed on the attachment.

We appreciate you taking the time to read this letter, and review the submission. We look forward to hearing from you soon.

With kindest regards, I am

Yours very truly,

S/ *W. Alan Pesnell*
W. Alan Pesnell

WAP/jl

cc:    Mr. David Whitehead

## 30 Film Projects on Multi-Deal involving the copyright writings of David Louis Whitehead:

1. **"Erykah Badu in Paris with Momma Voodoo,"**

**Synopsis:** Erykah Badu in Paris with Momma Voodoo is about a dream in which Erykah has, involving the characters Momma Voodoo and an African King. The setting is in the Paris, France, the U.S. and Africa. Momma Voodoo is being pursued by the African King, at one of Erykah Badu's concerts being held in a Paris restaurant. Somehow, the two characters of Momma Voodoo and the African King enter the Paris concert of Erykah Badu. They land on stage, and interplay with Erykah. The sub-plot is where the African King is attempting to have sexual relations with Momma Voodoo, the witch doctor, to cure himself of the curse of being overly sexed. The sub-plot drama, gains the attention of Erykah Badu, who is performing, when both Momma Voodoo and the African King enter on stage, during her concert in the Paris restaurant. Ms. Badu becomes deeply involved with the plot, which is part to her delusional dream. Overall: "Erykah Badu...." Is another in a series of vignettes that feature popular tunes performed at various stages in the magnificent career of the Queen of Hip Hop and the Afro Centric Diasapora", Ms. Erykah Badu. The work illustrates important events in the life of Erykah Badu, mainly her music. Erykah's Paris concert is repeatedly disrupted by the character Momma Voodoo, who is pursued by an eccentric African Monarch, who refuses to leave her alone. The musical captures the total concept and feel of Erykah Badu singing her R&B, greatest hits, as she attempts to resolve the potential romantic dispute between Momma Voodoo and her companion- The African King, as he attempts to romance her, to cure his disease, overly sexed. Director of interest: A. Malik Abbott; © 2016; (Actresses of Interest: Erykah Badu, Dennis Haysbert, Rihanna, Vivica Fox).

2. **"How Rebecca Zinani Madison Got Her Freak Off,"** (Trilogy or possibly a 4-part motion picture comedy "Rebecca in Africa"). Rihanna is awaiting financial offer to star as Rebecca. (Director of interest is Jeffrey Byrd); © 2016.

**Synopsis:** The work depicts the main character Rebecca as an accomplished and successful African American woman. She is a Harvard Law Graduate, who was in the top 5% of her class. She is beautiful, stylish, happily single, and a very successful Wall Street lawyer. She is

1

exceptional; and therefore, it will take a rare and exceptional man to qualify as her mate. And, while the male dominated world in which she as ascended would like to think of her as just another pretty face, she enjoys beating them over and over again at her own game—both on and off the field. Rebecca is the modern day feminist and role model for all women who want to do, be, and have more. "A modern Day feminist as heroin in the novel Woman v. Man. A woman against the world succeeding against the barriers, stereotypes, and obstacles which seek to say, "No". This work is the selling of sex as comedy. Sexual exploits made comedic based upon the vulnerability and narrow-mindedness of men towards women. Sex made comedic when some men are seeking to womanize when confronted by a beautiful, successful and accomplished intelligent female lawyer/woman. Never get on Rebecca's hit-list, you might not recover after she get her freak off."

3. **Aretha (The Life of Aretha Franklin and Rev. C. L. Franklin)**

   **Synopsis:** The screenplays "Aretha" and "Aretha 2" are based on the musical play "My Aretha" the life of Aretha Franklin and Rev. C. L. Franklin. The story for the film production depicts the life and times of one of America's finest artist, singer and performer, Aretha Franklin and her legendary father, the late Rev. C. L. Franklin. This work exhibited the life of Aretha in three stages---First in the early years, then the searching for her father, the Great Rev. C. L. Franklin, who was part of the Negro Civil Rights Movement, led by Rev. Dr. Martin Luther King, and finally, Aretha, that we all know –the musician not just the singer. In short, Aretha gives the historical context in depth to the biographical account of Lady Soul—The Queen, Ms. Franklin. Director of Interest: Bill Duke, signed Letter of Intent. (Actresses of Interest: Jenifer Hudson, Fantasia, Jill Scott and Zendaya Coleman) (Actor of Interest: Dennis Haysbert).

   Aretha 2 will have a different cast, different music and Director of interest: Melvin Van Peebles and Mario Van Peebles.

4. **Michael Jackson and The Ghost of Ben** for film Animation and musical stage:

**Synopsis:** Michael Jackson tells his life story to his pet rat friend named Ben. Ben dies and MJ talks to The Ghost of Ben. Director of Interest: Julie Dash.

2

5. **The Fight (Musical Stage and Film (animation)) Michael Jackson versus Prince**

**Synopsis:** Michael Jackson and Prince battle it out musically and by words. Director of Interest: Dwain Smith Ya'Ke Smith.

6. **Sherman General Sherman,"** received an outstanding review of the script by Ford's Theatre in Washington, D.C. Director of Interest: Mario Van Peebles (c) 2013-14;

**Synopsis:** Sherman General Sherman is about the Civil War. Sherman General Sherman tells the story of his leadership, leading the Yankees to victory over the Confederates. In this musical screenplay and score, the Northern Army, led by General Sherman marches from Atlanta to Savannah, Georgia, destroying the Confederate Army in the state of Georgia. General Sherman, then, continues to lead his rout of the Confederacy, by marching his men from Georgia, up the Carolina coast to Virginia, where, the Confederate Army, under the direction of General Robert E. Lee, is flanked by both General Grant and Sherman's men, and other Northern units. General Lee surrenders, and later, Lincoln is assassinated. The story ends. The screenplay also has a fascinating tale, describing the relations of General Sherman's with the black/African slaves. Sherman gives them land ownership, although he, like Lincoln, did not care about them. Yet, to save the Union, Sherman fought to preserve the U.S. Constitution and the republic. The work has the great singer and composer Lizz Wright's soundtrack supporting and expressing the storyline's action, historical developments and sequences of interrelated events.

7. **Dr. Condoleezza Rice.** Biopic.

**Synopsis:** First African American Female National Security Advisor and First African American Secretary of State, smooth the way for President Ronald Reagan and President George H.W. Bush to deal with Soviet Leader Makhail Gorbachev noting that Sanaa Lathan's agent has script. (Director of Interest: Jeffrey Byrd ). (Actress of Interest: Sanaa Latham)

3

8. **A Night With Anita Baker.** Musical Film for Cable Television.

**Synopsis:** Radio DJ Jazz describes the life of Anita Baker and her music. Director of Interest: Malik Abbott or Dwain Smith (Ya'Ke Smith). (Actress of Interest: Kim Fields and singer Lizz Wright).

9. **The Rise Fall & Rise of A Mayor—The Life of Marion S. Barry.**

**Synopsis:** Is about the Former D.C. Mayor. The script demonstrates Barry as the man, and the unique politician who defeated the odds by gaining power, from Mississippi to Tennessee to Washington, DC as Mayor for life. His trials and tribulations are highlighted including his civil rights grass roots activity. Director of Interest: Bill Duke. Mr. Duke signed a letter of intent to direct this film project. (Actor of Interest: Delroy Lindo, Vivica Fox as Rasheeda Moore)

10. **Batman Blackman...**

**Synopsis:** proposed as a Warner Bros special using an all black cast in the Batman series. Music by Michael Jackson "Invincible" LP/CD. (Director of Interest: A. Malik Abbott). (Actor of Interest: Wesley Snipes and others).

11. **The Reginald Lewis Story: Why Should White Men Have All The Fun** (6 to 7 part potential cable television films on the high powered executive of Beatrice TLC, who died in 1993), noting that Harvard University's Law Center is named after Mr. Lewis.

**Synopsis:** Reginald Lewis was an icon relating to finance and international business born in Baltimore, Maryland. He was determine to succeed in any endeavor... Director of Interest: Bill Duke. Actor of Interest: Dennis Haysbert.

4

12. **"Louisiana River Business Woman: The Barbara Ann Miller Story"** entails Ms. Barbara Ann Miller, an overweight black female, who beats the odds coming from the country and streets, and racism in the south, by raising her children as a beautician and becoming a successful business woman. Director of Interest: Mario Van Peebles. Actress of Interest: Gabourey "Gabby" Sidibe as Barbara Ann Miller or MONIQUE Angela Hicks.

13. **Fly-Girl. The Bessie Coleman Story.**

**Synopsis:** Bessie Coleman became the first African American woman aviator, who died after her plane crashed... Director of Interest: Julie Dash. Actor of Interest: Saana Latham.

14. **The Malcolm X Project.** A one man show for cable television.

Synopsis: A more serious take of Malcolm X's Political and Social Philosophy relating to black life in America during the 1960s. Director of Interest: David Parks (son of Gordon Parks of Shaft and Super Fly) or Julie Dash. Actor of Interest: Dennis Haysbert or Samuel L. Jackson.

15. **Marilyn Dances –Happy Birthday, Mr. President (The Life of Marilyn Monroe)** for stage and film. (Director of Interest: Julie Dash. Actress of interest: Brittany Spears and Halle Berry.

**Synopsis:** Ms. Marilyn Monroe revisit her times with President John F. Kennedy and Attorney General Robert Kennedy, Elizabeth Taylor, and Richard Burton.

16. **Phyllis Hyman Sophisticated.**

**Synopsis:** The film project examines the psychology, music and life of Singer Phyllis Hyman who was troubled by love and competition...although the world loved her... (Actresses of Interest: Catherine Marie or Alicia Keys as Phyllis Hyman; MONIQUE Angela Hicks as her

5

assistant who attempts to provide encouragement during Ms. Hyman's life struggles). Director of Interest: Dwain Smith (Ya'Ke Smith).

17. **The Black Widow…** (Director of Interest Julie Dash).

Synopsis: This work examines the life of Jacqueline Bouvier Kennedy Onassis relating to her attachment to President John F. Kennedy and Ari Onassis…

18. **Let Them Come To Berlin.**   Director of Interest: Mario Van Peebles.

Synopsis: President John F. Kennedy makes his case for Democracy and Freedom to Europe while giving his speech in Berlin, Germany.

19. **Frederick Douglass.**   Director of Interest: Jeffrey Byrd.

Synopsis: (4 part film based on copyrighted scripts on the "Narratives of Frederick Douglass").

20. **Miles Davis Narration and Tunes.**   Director of Interest: A. Malik Abbott.

Synopsis: A five part film series based on the life of Miles Davis.

21. **Roberta Flack**   Director of Interest Dwain Smith (Ya'Ke Smith).

Synopsis: The work examines Roberta Flack and her music reflecting back to Donnie Hathaway in a time capsule. (Cameo appearance of his daughter Lalah Hathaway singing as her father).

22. **The Big Bad Wolf vs. Ms. Little Red Riding Hood—The Mike Tyson Story.** Director of Interest: Julie Dash.

6

**Synopsis:** How Ms. Little Red Riding Hood brought down the Heavyweight Champion Mike Tyson, and how the system of justice and life seems unfair...

23. **God versus Satan.** Director of Interest: Julie Dash.

**Synopsis:** 10 part film series as Satan travels throughout the Holy Bible causing trouble attempting to defeat God.

24. **Ray Charles.** Director of Interest: A. Malik Abbott.

**Synopsis:** Ray Charles plays the piano with his band and singers telling his story. (Actor of interest Brian McKnight)

25. **Mahalia Jackson.** Director of Interest: Dwain Smith (Ya'Ke Smith).

Synopsis: Several (3) women sing and act as Mahalia Jackson for Cable television special as a Documentary. Actress of Interest as narrator Victoria Rowell.

26. **Mahalia Jackson A Child of God.** Director of Interest: Jeffrey Byrd.

**Synopsis:** Actors interplay while Mahalia sings.

Actors of Interest: Denis Haysbert and Kevin Hart.

27. **Seven Dips in a Dirty Pond.** Director of Interest: Bill Duke.

**Synopsis:** Biblical Story of the Great Army General who finally believed in God.

28. **Dr. Martin Luther King, Jr and the music of Earth Wind and Fire.** Director of Interest: Dwain Smith (Ya'Ke Smith).

Synopsis: Dr. King reads passages from his works and the music of Earth Wind and Fire is used in the plot of the story.

29. **Otis Redding Sing for Me.** Director of Interest: A. Malik Abbott.

Synopsis: Woman determined that Otis Redding was born to be her man.

30. **JFK and RFK Versus LBJ.** Director of Interest: Julie Dash

Synopsis: The fight for political power between The Kennedys and Lyndon Baines Johnson.

\*\*\* **These ideas and expressions of ideas cannot be used without the authors consent. The ideas and contents contained in the above listed projects, together with all written documentation associated therewith are the sole property of David Whitehead, and constitute trade secrets, intellectual property, copyrighted works and works registered with the Screenwriters' Guild of America West, as documented, and are protected by the laws of the United States of America and the various states as may be applicable. These ideas are submitted in strict confidence.**

David L. Whitehead

© 2016 dlw.