IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30472

_____

DAVID LOUIS WHITEHEAD,

    Plaintiff - Appellant

v.

NETFLIX; JOHN DOE #1-5,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria

_____

**Certified as a true copy and issued as the mandate on Jun 21, 2017**

**Attest:**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Before JOLLY, DAVIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellant's motion to dismiss the appeal without prejudice is GRANTED.

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 21, 2017

Mr. Tony R. Moore
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 17-30472   David Whitehead v. Netflix, et al
                     USDC No. 1:17-CV-225

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Connie Brown, Deputy Clerk
                                504-310-7671

cc w/encl:
    Mr. David Louis Whitehead