IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-30631
_____

DAVID LOUIS WHITEHEAD,

    Plaintiff - Appellant

v.

NETFLIX; JOHN DOE #1-5,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria
_____

Before DAVIS, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the Appellant's motion to compel the Department of Justice to seize copyrighted works and unseal evidence based on copyrights relating to the alleged infringement and investigation is DENIED.

    IT IS FURTHER ORDERED that the Appellant's motion to unseal the federal investigation involving over 100 judges relating to the massive theft of the Appellant's copyrights and referral by the U.S. Attorney's Office for the Western District of Louisiana is DENIED.

IT IS FURTHER ORDERED that the Appellant's motion to order Netflix Inc. to state whether appellant's 30 film proposals submitted by Attorney Alan Pesnell was solicited is DENIED.

IT IS FURTHER ORDERED that the Appellant's motion to determine whether District Court Judge Dee D. Drell should have complied with court ordered subpoena is DENIED.

IT IS FURTHER ORDERED that the Appellant's motion to recuse Judges Priscilla R. Owen and Edith Brown Clement from the panel is DENIED.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 16, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30631    David Whitehead v. Netflix, et al
                         USDC No. 1:17-CV-225

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. Tony R. Moore
Mr. David Louis Whitehead